✓ FILED

NOV 29 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMANUEL DAMERON | No. 18 CR 815<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>JUDGE KENDALL<br>MAGISTRATE JUDGE GILBERT |

The SPECIAL JULY 2018 GRAND JURY charges:

On or about July 5, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

EMANUEL DAMERON,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, namely, a Beretta Model 84F, .380 caliber semi-automatic pistol, with a defaced serial number, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

The SPECIAL JULY 2018 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited included, but is not limited to, a Beretta Model 84F, .380 caliber semi-automatic pistol, with a defaced serial number, with associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY