JB

**FILED**

JUL 29 2022

7-21-22

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear, your Honor

Ma'am I am writing you this missive to Inform you of several pressing matters that have occured between me and my Attorney Ms. Winslow. Since Ms. Winslow has taken over in my case I have tried unsuccessfully to get her to provide me with both my sentencing guidelines and Declaration plea that she told me she was going to send. I didn't recieve this requested material until after I was found guilty by a Jury. Now Ms. Winslow wants to address these matters saying she forwarded these Items to me, which I never recieved and she knows she never sent because of the communication that we have had between each other. This isn't in hindsight I was facing as far as sentencing wise. Now Ms. Winslow wants to say that the Attorney/client relationship has Deteriorated when it was her actions that failed in the Adversarial testing process. I was forced to go to trial because Ms. Winslow said that I was ACCA mandatory even when the Wooden Decision came down from the United States Supreme Court changing offenses caught simultaneously must be seen as one offense, and even though she told me as soon as she heard of this case it made her think about my matter. Your Honor all of my recent communication will show the relationship between me and Ms. Winslow and she's said that she will ask the Honorable Court to allow her to withdraw after she has made so many I'll advised decisions in my case, she doesn't have my best Interest in mind and I feel that her performance fell below the standard of Effective assistance of counsel, and but for her actions the outcome of this case would've been totally different. I was offered a plea deal by the government on charges I wasn't indicted on but I didn't have the opportunity to sign the Declaration plea until after trial. I didn't have any other option but trial after I declined the plea deal the government offered otherwise I would have signed the Declaration plea. Thank you   Emanuel Jimmy

Emanuel Dameron #59865924
Metropolitan Correctional Center
71 West Van Buren
Chicago, IL 60605

RECEIVED
2022 JUL 29 AM 8:40



Honorable Virginia M. Kendall
219 S. Dearborn
Chicago, IL 60604